Form defntc

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Eduardo Rodriguez
2303 St James St.
Rolling Meadows, IL 60008
SSN: xxx–xx–1019 EIN: N.A.

Case No. :   19–17508
Chapter :    13
Judge :      Timothy A. Barnes

**DEFICIENCY NOTICE**

To the Debtor(s) and his attorney, if any: Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient. **Include the case number and debtor name on all documents.**

☐ Photo ID for Debtor 1

☐ Photo ID for Debtor 2

☐ Photo ID for Runner

☐ Voluntary Petition. Please file the Voluntary Petition using the event Voluntary Petition to Correct Petition PDF

☑ Statement About Your Social Security Numbers

☐ List of Name and Addresses of All Creditors/Creditor Matrix

☐ Application for Individual to Pay the Filing Fee in Installments/Orders

☐ Certification of Relatedness (applicable to related cases)

☐ Notice of Motion and Motion for Waiver of Credit Counseling

☐ Signature(s) of Debtor(s) are missing from the Voluntary Petition. Please file the signature page(s) as an Attachment to the Voluntary Petition

☐ Signature(s) of Debtor(s) are missing from Statement About Your Social Security Numbers. Please re–file as Amended

☐ Signature(s) of Debtor(s) are missing from Application for Individual to Pay the Filing Fee in Installments/Order. Please re–file as Amended

☐ Signature(s) of Debtor(s) are missing from Declaration About an Individual Debtor(s) Schedules. Please re-file as Amended

For additional information, please access the United States Court's website at http://www.uscourts.gov/forms/bankruptcy–forms/required–lists–schedules–statements–and–fees (B 2000, Required List, Schedules, Statements and Fees). If you are represented by an attorney, please contact your attorney for guidance. If you have any questions about the deficiency, please call 312–408–5000.

FOR THE COURT

Dated: June 21, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Eduardo Rodriguez  
       Debtor

Case No. 19-17508-TAB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: carmstead     Page 1 of 1     Date Rcvd: Jun 21, 2019  
                 Form ID: def     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.  
db          +Eduardo Rodriguez,   2303 St James St.,   Rolling Meadows, IL 60008-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:  
         David H Cutler    on behalf of Debtor 1 Eduardo  Rodriguez cutlerfilings@gmail.com, r48280@notify.bestcase.com  
         Marilyn O Marshall     courtdocs@chi13.com  
         Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov  
                                                                                                    TOTAL: 3