Debtor 1 Eduardo Rodriguez First Name Middle Name Last Name
Debtor 2 _____ (Spouse, if filing) First Name Middle Name Last Name
United States Bankruptcy Court for the: Northern District District of Illinois
of _____
Case number (if known) 19-17508

☐ Check if this is an amended filing

## Official Form 106Dec Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.
You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No ☐ Yes. Name of person _____. Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Eduardo Rodriguez        X _____
Signature of Debtor 1           Signature of Debtor 2
Date 7/18/19    07/18/2019
Date _____   MM/DD/YYYY MM/DD/YYYY

Official Form 106Dec Declaration About an Individual Debtor's Schedules